UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

Holding a Criminal Term

Grand Jury Sworn in on April 29, 2005

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-316 |
| | : | |
| v. | : | **FILED UNDER SEAL** |
| | : | |
| 1.  PABLO RAYO MONTANO, | : | GRAND JURY ORIGINAL |
| a/k/a "Pablo Joaquin Rayo-Montano," | : | |
| 2.  ALBERTO TORRES, | : | |
| 3.  JACKSON OROZCO GIL, | : | VIOLATIONS: |
| 4.  JAIME MICOLTA HURTADO, | : | |
| 5.  YOVANNY JARAMILLO TOVAR, | : | 21 U.S.C. Sections 952, 959, 960, |
| 6.  MARIO CRISTOBAL LEONE KAM, | : | 963 (conspiracy to import 5 kgs or |
| 7.  JOSE MARIA BERMUDEZ, | : | more of cocaine into the United |
| a/k/a "Chepe," | : | States and conspiracy to manufacture |
| 8.  HECTOR EDUARDO AGUILAR, | : | and distribute 5 kgs or more of |
| a/k/a "Boludo," | : | cocaine knowing and intending that |
| 9.  SANDRA OROZCO GIL, | : | it would be imported into the United |
| 10.  VICTOR SERNA RAYO, | : | States) |
| a/k/a "Vitor Hugo Serna Rayo," | : | |
| 11.  JOSE EDUARDO ARANGO, | : | |
| a/k/a "Jose Edilson Nascimento Araujo," | : | 21 U.S.C. Section 853 and 970 |
| 12.  ROSALBA MORENO IBARRA, | : | (forfeiture) |
| 13.  SARA MARITZA RAYO, | : | |
| a/k/a "Sara Martza Rayo Montano," | : | |
| 14.  ALBA LORENA GIRALDO SANCHEZ, | : | |
| 15.  VIVIANA BUITRAGO PAZ, | : | |
| 16.  JOHN JAIRO GIRALDO SANCHEZ, | : | |
| 17.  MIGUEL FELMANAS, | : | |
| 18.  FIDEL SANDOVAL, | : | |
| 19.  JUAN CARLOS GOMEZ, and | : | |
| 20.  ALFONSO LNU | : | |
| | : | |
| | : | |
| | : | |
| Defendants. | : | |
| | : | |

1

SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES THAT:

COUNT I

From in or about January 1990 and continuing thereafter up to and including the date of the filing of this Superseding Indictment, the exact dates being unknown to the Grand Jury, in the United States and in the Countries of Brazil, Colombia, Mexico, and Panama, and elsewhere, the defendants, PABLO RAYO MONTANO, a/k/a "PABLO JOAQUIN RAYO-MONTANO," ALBERTO TORRES, JACKSON OROZCO GIL, JAIME MICOLTA HURTADO, YOVANNY JARAMILLO TOVAR, MARIO CRISTOBAL LEONE KAM, JOSE MARIA BERMUDEZ, a/k/a "CHEPE," HECTOR EDUARDO AGUILAR, a/k/a "BOLUDO," SANDRA OROZCO GIL, VICTOR SERNA RAYO, a/k/a "VITOR HUGO SERNA RAYO," JOSE EDUARDO ARANGO, a/k/a "JOSE EDILSON NASCIMENTO ARAUJO," ROSALBA MORENO IBARRA, SARA MARITZA RAYO, a/k/a "SARA MARTZA RAYO MONTANO," ALBA LORENA GIRALDO SANCHEZ, VIVIANA BUITRAGO PAZ, JOHN JAIRO GIRALDO SANCHEZ, MIGUEL FELMANAS, FIDEL SANDOVAL, JUAN CARLOS GOMEZ, ALFONSO LNU and others known and unknown to the Grand Jury not indicted herein, did knowingly and intentionally combine, conspire, confederate, and agree to commit the following offenses against the United States:

(1) knowingly and intentionally import five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, into the United States from the Countries of Colombia and Mexico, and elsewhere, in violation of Title 21, United States Code, Sections 952 and 960; and

(2) knowingly and intentionally manufacture and distribute five kilograms or more of

a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, intending and knowing that such substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Sections 959 and 960, all in violation of Title 21, United States Code, Section 963.

FORFEITURE ALLEGATION

The violations alleged in Count One are alleged anew and incorporated by

reference herein.

As a result of the offenses alleged in Count One, the defendants PABLO RAYO MONTANO, a/k/a "PABLO JOAQUIN RAYO-MONTANO," ALBERTO TORRES, JACKSON OROZCO GIL, JAIME MICOLTA HURTADO, YOUVANNY JARAMILLO TOVAR, MARIO CRISTOBAL LEONE KAM, JOSE MARIA BERMUDEZ, a/k/a "CHEPE," HECTOR EDUARDO AGUILAR, a/k/a "BOLUDO," SANDRA OROZCO GIL, VICTOR SERNA RAYO, a/k/a "VITOR HUGO SERNA RAYO," JOSE EDUARDO ARANGO, a/k/a "JOSE EDILSON NASCIMENTO ARAUJO," ROSALBA MORENO IBARRA, SARA MARITZA RAYO, a/k/a "SARA MARTZA RAYO MONTANO," ALBA LORENA GIRALDO SANCHEZ, VIVIANA BUITRAGO PAZ, JOHN JAIRO GIRALDO SANCHEZ, MIGUEL FELMANA, FIDEL SANDOVAL, JUAN CARLOS GOMEZ, and ALFONSO LNU shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853 and 970, any and all respective right, title, or interest which

3

such defendants may have in (1) any and all money and /or property constituting, or derived from any proceeds which such defendants obtained, directly or indirectly, as the result of the violations alleged in Count One of this Superseding Indictment; and (2) any and all property used, in any manner or part, to commit or to facilitate the commission of the violations alleged in Count One of this Superseding Indictment.

    If any of said forfeitable property, as a result of any act or omission of the defendants, (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be subdivided without difficulty; it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the said property.   Criminal Forfeiture, in violation of Title 21, United States Code, Sections 853 and 970.

                                                A TRUE BILL:

                                                _____
                                                FOREPERSON

    Kenneth A. Blanco, Chief
    Narcotic and Dangerous Drug Section
    Criminal Division
    U.S. Department of Justice
    Washington, D.C. 20530

By:_____
    Paul Laymon, Trial Attorney
    Narcotic and Dangerous Drug Section
    Criminal Division

U.S. Department of Justice
Washington, D.C. 20005
202-514-1286